Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-989

In Regard to the Matter of:

Bayside State Prison

Litigation

JOSEPH SMITH,

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

\* \* \* \*

MONDAY JUNE 16, 2008

\* \* \* \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

251 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

1

2

3

4

5

6            Transcript of proceedings in the above

7   matter taken by Theresa O. Mastroianni, Certified

8   Court Reporter, license number 30X100085700, and

9   Notary Public of the State of New Jersey at the

10  United States District Court House, One Gerry Plaza,

11  Camden, New Jersey, 08102, commencing at 1:43 PM.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2
 3   A P P E A R A N C E S:
 4
 5        LOUGHRY & LINDSAY, ESQUIRES
          BY:  LAWRENCE W. LINDSAY, ESQUIRE
 6        330 MARKET STREET
          CAMDEN, NEW JERSEY 08102
 7        856-968-9201
          ATTORNEYS FOR THE PLAINTIFFS
 8
 9
          ROSELLI & GRIEGEL, PC
10        BY:  JAMES LAZZARO, ESQUIRE
               - and -
11        BY:  KENNETH W. LOZIER, ESQUIRE
          1337 STATE HIGHWAY 33
12        HAMILTON SQUARE, NEW JERSEY  08690
          609-586-2257
13        ATTORNEYS FOR THE DEFENDANTS
14
15
16
17
18
19
20
21
22
23
24
25
```

1                JUDGE BISSELL:  I next direct my

2    attention and render a decision or recommendation in

3    the case of Joseph Smith docket number 08-989.  The

4    following constitutes the Special Master's

5    determination regarding the complaint of Joseph

6    Smith.

7                This opinion/report is being issued

8    pursuant to the directives of the Order of Reference

9    to a Special Master and the Special Master's

10   Agreement and the guiding principles of law which

11   underlie this decision to be applied to the facts

12   upon which it is based as set forth in the jury

13   instructions in the Walker and Mejias jury charges to

14   the extent applicable to the allegations in Mr.

15   Smith's case.

16               As finalized after review under Local

17   Civil Rule 52.1, the transcript of this oral opinion

18   will constitute the written report required by

19   paragraph seven of the Order of Reference to a

20   Special Master.

21               Joseph Smith resided in Trailer Number

22   Three on the dates in question to wit on or about

23   July 30th and August 2, 1997.  I'll be reading

24   selected excerpts from the transcript.

25               Joseph Smith was in a cubicle in

1   Trailer Number Three. That placed him on the bottom

2   bunk accordingly and rather necessarily quite close

3   to the floor. He referred to an encounter with SOG

4   officers on August 2, 1997. Some of the questions

5   and answers are as follows beginning with page 162:

6           "I want to ask you, how many SOG

7   officers came into your cubicle?

8           Maybe one or two.

9           Did they give you any instructions when

10  they came into your cubicle?

11          No, they were screaming, keep your

12  faces in your pillows.

13          They didn't tell you to get up?

14          Nope.

15          And how did you -- how did you get out

16  of bed?

17          I was drug out of bed.

18          What do you mean drug out of bed?

19          They just grabbed me by the back of my

20  shirt and pants and threw me on the floor.

21          Were you injured as a result of being

22  pulled out of bed?

23          No.

24          And then I think you were saying that

25  all of the prisoners in the cubicles, same thing

1   happened to them?

2           Yeah, they just piled on top of each

3   other. They just drug you off and threw you in the

4   pile and pulled you off of each other. They would

5   handcuff the guy and I could feel people coming off

6   of me because I could breathe better."

7           He was at the bottom of the pile.

8           He was marched out of his cubicle and

9   down the hallway of the trailer where his wing

10  existed. This was a narrow hallway and he was

11  alternately rammed into the outside of the wall of

12  the hallway and bounced back and forth from the wall

13  by a line of SOG officers who hit him.

14          Unlike testimony I've heard from other

15  plaintiffs here which I have or will find incredible,

16  in the case of Mr. Smith, I find his testimony is

17  accurate in that as he describes it there was room

18  for only one line of SOG officers in this hallway to

19  allow the passage of the prisoners. And this space,

20  approximately 42 inches or so in size, was

21  obviously -- could not have supported essentially

22  three abreast, but I do find that it did support a

23  line of SOG officers along one side and that he was

24  hit and struck. He was hit and struck on the way

25  down including a hit in the face and a blow to his

1   left eye which raised blood. As he described it:

2   "Where exactly were you hit as you went

3   down this line from his cubicle to the central area

4   of the trailer?

5   Answer: In my left eye. He hit me and

6   like caught me in the side of the nose at the same

7   time.

8   Okay. Just one blow?

9   Yes.

10   Did you begin to bleed at all?

11   Yes.

12   What happened?

13   They kept beating me down to the end of

14   the line and when I got to the end of the line I was

15   pulled out because I was bleeding all over.

16   Who pulled you out?

17   I don't know, one of the SOG guys,

18   officers.

19   Did they say something to you?

20   Yeah, they said they had a bleeder so

21   they escorted me down to the infirmary. He had two

22   of his other SOG officers escort me down."

23   Questioning resumes on page 166. "Now,

24   on your way, can you tell me about the escort to the

25   infirmary?

1          Yeah, they took me out of the trailer
2    and one officer was on my right side, you know, my
3    arm.  The officer on my left side put his up between
4    the handcuffs and me with a stick and as we walked to
5    the infirmary he kept hitting me in the back of the
6    head.  I mean it wasn't that hard but he kept hitting
7    me in the head.  He kept telling me I fell off the
8    bunk and that's how I hurt my eye.
9              What did you say to him?
10             Oh, I wasn't arguing with him."
11             So they get to the infirmary and he
12   followed the directions of his officer on the way.
13   Beginning at page 169:  Did the officers escort you
14   to the infirmary?
15             Yes.
16             Did you have any kind of conversation
17   with the nurse?
18             No, not that I can remember.  She
19   told -- I told them -- I told her what they told me
20   to tell her but I didn't talk to her.
21             What did you say to her?
22             That I slipped out of my bed.
23             Which was a lie?
24             Yes.
25             And the reason you told her you slipped

1   out of your bed instead of telling her the truth?

2            Answer:  Because they said I would get

3   worse."

4            I find that testimony to be credible

5   and accurate.

6            Now, one might obviously have -- give

7   some pause and think, well, maybe he really did fall

8   out of bed and he's making this up.  But let's

9   remember, he was in a bottom bunk.  He was a couple

10  feet maybe at most from the floor.  It's not a

11  situation where it would be credible that he would,

12  in fact, fall or slip getting out of his bunk.  He

13  wasn't descending from the top bunk either with or

14  without the assistance of any ladder and he emerged

15  from this encounter with two black eyes, a bloody

16  nose, an eye almost swollen shut and a cut.  And

17  among other things eventually began spitting up blood

18  and had to return to the infirmary.  I'll get to that

19  in a minute.  So it's just not credible that these

20  sorts of injuries occurred because he slipped and

21  fell getting out of his lower bunk.  And under the

22  circumstances, his testimony is by far the more

23  credible and obviously has a ring of truth and sense

24  to it.  One would expect that if, despite well-placed

25  blows, they wound up with a bleeder, then there was

1   going to have to be a cover story which, of course,

2   the SOGs could enforce with the type of threats that

3   ensued in this case.

4            As I noted a moment ago, later that day

5   Mr. Smith went back to the infirmary a second time

6   and then back again at night because he was spitting

7   up blood that was draining from his bloody nose.

8            I find that Mr. Smith's testimony in

9   this regard and with regard to this incident is

10  credible and accurate.  I've assessed and about to

11  assess the quantum of his damages.  Once again, these

12  were the result of very inappropriate conduct.

13  However, the injuries were of short duration,

14  although serious and potentially dangerous,

15  particularly the area in which he was hit.

16           I make a finding here that this conduct

17  is actionable.  Once again, however, because it was

18  at least brief and transitory in nature and Mr. Smith

19  was not the subject of repeated beatings, that,

20  although the conduct involved here did involve

21  excessive force, as defined by the jury instructions,

22  although actionable, I do not find it so egregious

23  and of such duration as to support an order of

24  punative damages under application legal standards.

25           Finally, although not every item of

1  evidence has been discussed in this opinion/report,

2  all evidence presented to the Special Master was

3  reviewed and considered.

4          To reiterate, I find that the injury

5  inflicted here was actionable.  I find that the

6  injury was acute initially, but of short duration and

7  without the infliction of any significant continuing

8  pain or significant restriction on Mr. Smith's

9  activities.

10         Accordingly, I recommend in this report

11 that the district court enter an award of

12 compensatory damages in the amount of five thousand

13 dollars in Mr. Smith's favor.

14

15

16

17

18

19

20

21

22

23

24

25

1            C E R T I F I C A T E

2

3        I, Theresa O. Mastroianni, a Notary Public and

4   Certified Shorthand Reporter of the State of New

5   Jersey, do hereby certify that the foregoing is a

6   true and accurate transcript of the testimony as

7   taken stenographically by and before me at the time,

8   place, and on the date hereinbefore set forth.

9        I DO FURTHER CERTIFY that I am neither a

10  relative nor employee nor attorney nor counsel of any

11  of the parties to this action, and that I am neither

12  a relative nor employee of such attorney or counsel,

13  and that I am not financially interested in the

14  action.

15

16

17

18

19      *J.O. Mastroianni*

        Theresa O. Mastroianni, C.S.R.

20      Notary Public, State of New Jersey

        My Commission Expires May 5, 2010

21      Certificate No. XI0857

        Date:  June 17, 2008

22

23

24

25

**A**
abreast 6:22
accurate 6:17
    9:5 10:10 12:6
action 1:2 12:11
    12:14
actionable 10:17
    10:22 11:5
activities 11:9
acute 11:6
ago 10:4
Agreement 4:10
al 1:9
allegations 4:14
allow 6:19
alternately 6:11
amount 11:12
Answer 7:5 9:2
answers 5:5
applicable 4:14
application
    10:24
applied 4:11
approximately
    6:20
area 7:3 10:15
arguing 8:10
arm 8:3
assess 10:11
assessed 10:10
assistance 9:14
attention 4:2
attorney 12:10
    12:12
ATTORNEYS
    3:7,13
Audubon 1:24
August 4:23 5:4
award 11:11

**B**
back 5:19 6:12
    8:5 10:5,6
based 4:12
Bayside 1:6
beating 7:13
beatings 10:19
bed 5:16,17,18
    5:22 8:22 9:1,8

began 9:17
beginning 5:5
    8:13
better 6:6
BISSELL 1:20
    4:1
black 9:15
bleed 7:10
bleeder 7:20
    9:25
bleeding 7:15
blood 7:1 9:17
    10:7
bloody 9:15 10:7
blow 6:25 7:8
blows 9:25
bottom 5:1 6:7
    9:9
bounced 6:12
breathe 6:6
brief 10:18
bunk 5:2 8:8 9:9
    9:12,13,21

**C**
C 3:3 12:1,1
Camden 2:11
    3:6
case 4:3,15 6:16
    10:3
caught 7:6
central 7:3
Certificate
    12:21
Certified 1:23
    2:7 12:4
certify 12:5,9
charges 4:13
circumstances
    9:22
Civil 1:2 4:17
close 5:2
coming 6:5
commencing
    2:11
Commission
    12:20
compensatory
    11:12

complaint 4:5
conduct 10:12
    10:16,20
considered 11:3
constitute 4:18
constitutes 4:4
continuing 11:7
conversation
    8:16
counsel 12:10,12
couple 9:9
course 10:1
court 1:1,23 2:8
    2:10 11:11
cover 10:1
credible 9:4,11
    9:19,23 10:10
cubicle 4:25 5:7
    5:10 6:8 7:3
cubicles 5:25
cut 9:16
C.S.R 12:19

**D**
damages 10:11
    10:24 11:12
dangerous 10:14
date 12:8,21
dates 4:22
day 10:4
decision 4:2,11
Defendants 1:10
    3:13
defined 10:21
descending 9:13
described 7:1
describes 6:17
despite 9:24
determination
    4:5
direct 4:1
directions 8:12
directives 4:8
discussed 11:1
district 1:1,2
    2:10 11:11
docket 4:3
dollars 11:13
draining 10:7

drug 5:17,18 6:3
duration 10:13
    10:23 11:6

**E**
E 3:3,3 12:1,1
egregious 10:22
either 9:13
emerged 9:14
employee 12:10
    12:12
encounter 5:3
    9:15
enforce 10:2
ensued 10:3
enter 11:11
escort 7:22,24
    8:13
escorted 7:21
ESQUIRE 3:5
    3:10,11
ESQUIRES 3:5
essentially 6:21
et 1:9
eventually 9:17
evidence 11:1,2
exactly 7:2
excerpts 4:24
excessive 10:21
existed 6:10
expect 9:24
Expires 12:20
extent 4:14
eye 7:1,5 8:8
    9:16
eyes 9:15

**F**
F 12:1
face 6:25
faces 5:12
fact 9:12
facts 4:11
fall 9:7,12
far 9:22
FAUVER 1:9
favor 11:13
feel 6:5
feet 9:10
fell 8:7 9:21

finalized 4:16
Finally 10:25
financially
    12:13
find 6:15,16,22
    9:4 10:8,22
    11:4,5
finding 10:16
five 11:12
floor 5:3,20 9:10
followed 8:12
following 4:4
follows 5:5
force 10:21
foregoing 12:5
FORMAROLI
    1:23
forth 4:12 6:12
    12:8
FURTHER 12:9

**G**
Gerry 2:10
getting 9:12,21
give 5:9 9:6
going 10:1
grabbed 5:19
GRIEGEL 3:9
guiding 4:10
guy 6:5
guys 7:17

**H**
H 1:9
hallway 6:9,10
    6:12,18
HAMILTON
    3:12
handcuff 6:5
handcuffs 8:4
happened 6:1
    7:12
hard 8:6
head 8:6,7
heard 6:14
hereinbefore
    12:8
HIGHWAY
    3:11
hit 6:13,24,24,25

7:2,5 10:15
bitting 8:5,6
**HONORABLE** 1:20
**Horse** 1:24
**House** 2:10
hurt 8:8

**I**

inappropriate 10:12
inches 6:20
incident 10:9
including 6:25
incredible 6:15
infirmary 7:21 7:25 8:5,11,14 9:18 10:5
inflicted 11:5
infliction 11:7
initially 11:6
injured 5:21
injuries 9:20 10:13
injury 11:4,6
instructions 4:13 5:9 10:21
interested 12:13
involve 10:20
involved 10:20
issued 4:7
item 10:25

**J**

**JAMES** 3:10
**Jersey** 1:2,24 2:9 2:11 3:6,12 12:5,20
**JOHN** 1:20
**Joseph** 1:7 4:3,5 4:21,25
**JUDGE** 4:1
**July** 4:23
**June** 1:15 12:21
jury 4:12,13 10:21

**K**

keep 5:11
**KENNETH** 3:11
kept 7:13 8:5,6,7
kind 8:16
know 7:17 8:2

**L**

ladder 9:14
law 4:10
**LAWRENCE** 3:5
**LAZZARO** 3:10
left 7:1,5 8:3
legal 10:24
let's 9:8
license 2:8
lie 8:23
**LINDSAY** 3:5,5
line 6:13,18,23 7:3,14,14
**Litigation** 1:6
**Local** 4:16
**LOUGHRY** 3:5
lower 9:21
**LOZIER** 3:11

**M**

making 9:8
marched 6:8
**MARKET** 3:6
**Master** 1:20 4:9 4:20 11:2
**Master's** 4:4,9
**Mastroianni** 1:23 2:7 12:3 12:19
matter 1:5 2:7
mean 5:18 8:6
**Mejias** 4:13
minute 9:19
moment 10:4
**MONDAY** 1:15

**N**

**N** 3:3
narrow 6:10
nature 10:18
necessarily 5:2
neither 12:9,11
**New** 1:2,24 2:9 2:11 3:6,12 12:4,20
night 10:6
**Nope** 5:14
nose 7:6 9:16 10:7
**Notary** 2:9 12:3 12:20
noted 10:4
number 2:8 4:3 4:21 5:1
nurse 8:17

**O**

**O** 2:7 12:3,19
obviously 6:21 9:6,23
occurred 9:20
officer 8:2,3,12
officers 5:4,7 6:13,18,23 7:18,22 8:13
Oh 8:10
Okay 7:8
Once 10:11,17
opinion 4:17
opinion/report 4:7 11:1
oral 4:17
order 4:8,19 10:23
outside 6:11

**P**

**P** 3:3,3
page 5:5 7:23 8:13
pain 11:8
pants 5:20
paragraph 4:19
particularly 10:15
parties 12:11
passage 6:19
pause 9:7
**PC** 3:9
people 6:5
**Pike** 1:24
pile 6:4,7
piled 6:2
pillows 5:12
place 12:8
placed 5:1
plaintiffs 3:7 6:15
**Plaza** 2:10
**PM** 2:11
potentially 10:14
presented 11:2
principles 4:10
**Prison** 1:6
prisoners 5:25 6:19
proceedings 2:6
**Public** 2:9 12:3 12:20
pulled 5:22 6:4 7:15,16
punative 10:24
pursuant 4:8
put 8:3

**Q**

quantum 10:11
question 4:22
**Questioning** 7:23
questions 5:4
quite 5:2

**R**

**R** 3:3 12:1
raised 7:1
rammed 6:11
reading 4:23
really 9:7
reason 8:25
recommend 11:10
recommendati... 4:2
**Reference** 4:8 4:19
referred 5:3
regard 1:5 10:9 10:9
regarding 4:5
reiterate 11:4
relative 12:10,12
remember 8:18 9:9
render 4:2
repeated 10:19
report 4:18 11:10
**Reporter** 2:8 12:4
**Reporting** 1:23
required 4:18
resided 4:21
restriction 11:8
result 5:21 10:12
resumes 7:23
return 9:18
review 4:16
reviewed 11:3
right 8:2
ring 9:23
room 6:17
**ROSELLI** 3:9
**Rule** 4:17

**S**

**S** 3:3
saying 5:24
screaming 5:11
second 10:5
selected 4:24
sense 9:23
serious 10:14
set 4:12 12:8
seven 4:19
shirt 5:20
short 10:13 11:6
**Shorthand** 12:4
shut 9:16
side 6:23 7:6 8:2 8:3
significant 11:7 11:8
situation 9:11
size 6:20
slip 9:12
slipped 8:22,25 9:20
**Smith** 1:7 4:3,6 4:21,25 6:16 10:5,18
**Smith's** 4:15 10:8 11:8,13

| | | |
|---|---|---|
| **SOG** 5:3,6 6:13 6:18,23 7:17 7:22 | 12:7 **told** 8:19,19,19 8:19,25 | **0** 08-989 1:2 4:3 08102 2:11 3:6 |
| **SOGs** 10:2 | **top** 6:2 9:13 | 08106 1:24 |
| **sorts** 9:20 | **trailer** 4:21 5:1 | 08690 3:12 |
| **South** 1:24 | 6:9 7:4 8:1 | |
| **space** 6:19 | **transcript** 2:6 | **1** |
| **Special** 1:20 4:4 4:9,9,20 11:2 | 4:17,24 12:6 **transitory** 10:18 | 1:43 2:11 1337 3:11 |
| **spitting** 9:17 10:6 | **true** 12:6 **truth** 9:1,23 | 16 1:15 162 5:5 |
| **SQUARE** 3:12 | **two** 5:8 7:21 | 166 7:23 |
| **standards** 10:24 | 9:15 | 169 8:13 |
| **State** 1:6 2:9 3:11 12:4,20 | **type** 10:2 | 17 12:21 1997 4:23 5:4 |
| **States** 1:1 2:10 | **U** | |
| **stenographica...** 12:7 | **underlie** 4:11 **United** 1:1 2:10 | **2** 2 4:23 5:4 |
| **stick** 8:4 | | 2008 1:15 12:21 |
| **story** 10:1 | **V** | 2010 12:20 |
| **STREET** 3:6 | **Videoconfere...** 1:23 | 251 1:24 |
| **struck** 6:24,24 | | |
| **subject** 10:19 | **vs** 1:8 | **3** |
| **support** 6:22 10:23 | **W** | 30th 4:23 30X100085700 2:8 |
| **supported** 6:21 | **W** 1:20 3:5,11 | 33 3:11 |
| **swollen** 9:16 | **walked** 8:4 **Walker** 4:13 | 330 3:6 |
| **T** | **wall** 6:11,12 | |
| **T** 12:1,1 | **want** 5:6 | **4** |
| **taken** 2:7 12:7 | **wasn't** 8:6,10 9:13 | 42 6:20 |
| **talk** 8:20 | | **5** |
| **tell** 5:13 7:24 8:20 | **way** 6:24 7:24 8:12 | 5 12:20 |
| **telling** 8:7 9:1 | **well-placed** 9:24 **went** 7:2 10:5 | 52.1 4:17 |
| **testimony** 6:14 6:16 9:4,22 10:8 12:6 | **White** 1:24 **WILLIAM** 1:9 **wing** 6:9 | **6** 609-586-2257 3:12 |
| **Theresa** 2:7 12:3 12:19 | **wit** 4:22 **worse** 9:3 | **8** 856-546-1100 |
| **thing** 5:25 | **wound** 9:25 | 1:25 |
| **things** 9:17 | **written** 4:18 | 856-968-9201 |
| **think** 5:24 9:7 | | 3:7 |
| **thousand** 11:12 | **X** | |
| **threats** 10:2 | **XIO857** 12:21 | |
| **three** 4:22 5:1 6:22 | **Y** | |
| **threw** 5:20 6:3 | **Yeah** 6:2 7:20 | |
| **time** 7:7 10:5 | 8:1 | |