UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

JOSEPH SMITH

           Plaintiff(s)

(vs)

BAYSIDE STATE PRISON, ET AL.

           Defendant(s)

**JUDGMENT**

Civil #08-00989   (RBK)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on June 16, 2008 and no timely objection having been filed,

IT IS, on this 14th day of September 2010

ORDERED that the report of Hon. John W. Bissell dated June 16, 2008 is hereby affirmed and Judgment be entered in favor of **plaintiff JOSEPH SMITH** and against **defendants William Fauver, Gary Hilton and Scott Faunce** in the amount of $5,000.00 together with costs of suit, prejudgment interest and reasonable counsel fees.

IT IS FURTHER ORDERED that all claims against remaining defendants be and hereby are dismissed.

                                                        HON. ROBERT B. KUGLER, U.S.D.J.